AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Briones, Brian P. | New Mexico Federal District Court | 05/28/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (part-time) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

407 N. Auburn
Farmington, NM 87401

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and Secretary | The Four Corners Community Foundation, Inc., Farmington, NM |
| 2. | Vice President, Director, Shareholder and employee | Briones Law Firm, P.A. |
| 3. | Trustee | ████████ Revocable Living Trust UTA May 15, 2015 |
| 4. | Member, Manager and Registered Agent | Amicus Investments, LLC |
| 5. | Registered Agent | 711 Orchard Homes, L.L.C. |
| 6. | Registered Agent | Briones Rental Properties, L.L.C. |
| 7. | Registered Agent | Sussex Family Holdings, L.L.C. |
| 8. | Registered Agent | MLJS Holdings, L.L.C. |
| 9. | Registered Agent | Boys & Girls Club of Farmington Property Holding, L.L.C. |
| 10. | Registered Agent | Four Corners Foundation, Inc. |
| 11. | Registered Agent | K&K Holdings, L.L.C. |
| 12. | Registered Agent | NELT Investments, L.L.C. |
| 13. | Registered Agent | Sweet Cakes, L.L.C. |
| 14. | Registered Ageent | PHMF Condominium Association, LLC |
| 15. | | |
| 16. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 05/28/2021 |

17. _____

18. _____

19. _____

20. _____

21. _____

22. _____

23. _____

24. _____

25. _____

26. _____

27. _____

28. _____

29. _____

30. _____

31. _____

32. _____

33. _____

34. _____

35. _____

36. _____

37. _____

38. _____

39. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 05/28/2021 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 05/28/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Briones Law Firm, P.A. | $186,000.00 |
| 2. 2020 | Amicus Investments, LLC | $19,812.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Briones Law Firm, P.A. Employed as office manager |
| 2. 2020 | NELT, LLC. One-quarter owner of an investment LLC ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮. |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 05/28/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Alphabet Inc Cap Stk Cl C | A | Dividend | K | T | | | | | |
| 2. Alphabet Inc Cl A | A | Dividend | K | T | | | | | |
| 3. Amazon.Com Inc | A | Dividend | K | T | | | | | |
| 4. Apple Inc | A | Dividend | M | T | Buy (add'l) | 02/13/20 | J | | |
| 5. | | Dividend | | | Buy (add'l) | 05/14/20 | J | | |
| 6. | | Dividend | | | Buy (add'l) | 08/13/20 | J | | |
| 7. | | Dividend | | | Buy (add'l) | 11/12/20 | J | | |
| 8. Applied Materials Inc. | A | Dividend | L | T | | | | | |
| 9. AT&T Inc. | A | Dividend | J | T | Buy (add'l) | 02/03/20 | J | | |
| 10. | | Dividend | | | Buy (add'l) | 05/01/20 | J | | |
| 11. | | Dividend | | | Buy (add'l) | 08/03/20 | J | | |
| 12. | | Dividend | | | Buy (add'l) | 11/02/20 | J | | |
| 13. Berkshire Hathawy Inc Cl B | | None | K | T | Buy (add'l) | 03/05/20 | J | | |
| 14. Caterpillar Inc. | A | Dividend | J | T | Buy (add'l) | 02/20/20 | J | | |
| 15. | | Dividend | | | Buy (add'l) | 05/20/20 | J | | |
| 16. | | Dividend | | | Buy (add'l) | 08/20/20 | J | | |
| 17. | | Dividend | | | Buy (add'l) | 11/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. CococoPhillips | A | Dividend | J | T | Buy<br>(add'l) | 06/01/20 | J | | |
| 19. | | | | | Buy<br>(add'l) | 09/01/20 | J | | |
| 20. | | | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 21. Corenergy Infrastr Tr Inc Reit | | None | J | T | | | | | |
| 22. Diamondback Energy Inc. | A | Dividend | J | T | | | | | |
| 23. General Electric Co | A | Dividend | J | T | Buy<br>(add'l) | 01/27/20 | J | | |
| 24. | | Dividend | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 25. | | Dividend | | | Buy<br>(add'l) | 07/27/20 | J | | |
| 26. | | Dividend | | | Buy<br>(add'l) | 10/26/20 | J | | |
| 27. Johnson & Johnson | A | Dividend | J | T | Buy<br>(add'l) | 06/09/20 | J | | |
| 28. | | Dividend | | | Buy<br>(add'l) | 09/08/20 | J | | |
| 29. | | Dividend | | | Buy<br>(add'l) | 12/08/20 | J | | |
| 30. Lowes Companies Inc. | A | Dividend | K | T | Buy<br>(add'l) | 02/05/20 | J | | |
| 31. | | Dividend | | | Buy<br>(add'l) | 05/06/20 | J | | |
| 32. | | Dividend | | | Buy<br>(add'l) | 08/05/20 | J | | |
| 33. | | Dividend | | | Buy<br>(add'l) | 11/04/20 | J | | |
| 34. Microstoft Corp | A | Dividend | K | T | Buy<br>(add'l) | 06/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briones, Brian P.** | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | Dividend | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 36. | | Dividend | | | Buy<br>(add'l) | 12/10/20 | J | | |
| 37. Nokia Corp ADR | A | Dividend | J | T | Buy<br>(add'l) | 04/08/20 | J | | |
| 38. Pepsico Inc. | A | Dividend | J | T | Buy<br>(add'l) | 01/27/20 | J | | |
| 39. | | Dividend | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 40. | | Dividend | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 41. | | Dividend | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 42. Phillips 66 | A | Dividend | J | T | Buy<br>(add'l) | 06/01/20 | J | | |
| 43. | | Dividend | | | Buy<br>(add'l) | 09/01/20 | J | | |
| 44. | | Dividend | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 45. Stryker Corp | A | Dividend | K | T | Buy<br>(add'l) | 01/31/20 | J | | |
| 46. | | Dividend | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 47. | | Dividend | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 48. | | Dividend | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 49. Tesla Inc | | None | L | T | | | | | |
| 50. United Service Parcel Service Inc. CI B | A | Dividend | J | T | Buy<br>(add'l) | 06/10/20 | J | | |
| 51. | | Dividend | | | Buy<br>(add'l) | 09/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briones, Brian P.** | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | Dividend | | | Buy (add'l) | 12/03/20 | J | | |
| 53. United Technologies Corp | A | Dividend | J | T | Buy (add'l) | 06/18/20 | J | | |
| 54. | | Dividend | | | Buy (add'l) | 09/10/20 | J | | |
| 55. | | Dividend | | | Buy (add'l) | 12/17/20 | J | | |
| 56. Wabtech Corp | A | Dividend | J | T | Buy (add'l) | 02/26/20 | J | | |
| 57. Walgreens Boots Alliance Inc. | A | Dividend | J | T | Buy (add'l) | 06/12/20 | J | | |
| 58. | | Dividend | | | Buy (add'l) | 09/11/20 | J | | |
| 59. | | Dividend | | | Buy (add'l) | 12/11/20 | J | | |
| 60. Wal-Mart Inc. | A | Dividend | J | T | Buy (add'l) | 01/02/20 | J | | |
| 61. | | Dividend | | | Buy (add'l) | 04/06/20 | J | | |
| 62. | | Dividend | | | Buy (add'l) | 06/01/20 | J | | |
| 63. | | Dividend | | | Buy (add'l) | 09/08/20 | J | | |
| 64. Walt Disney Co. | A | Dividend | K | T | Buy (add'l) | 01/16/20 | J | | |
| 65. CWMBS Mtg Passthru 2003-44-A3 5.00% | A | Interest | J | T | Redeemed (part) | 07/29/20 | J | A | |
| 66. iShares Core US Aggregate Bond | A | Dividend | K | T | Matured (part) | 04/07/20 | J | A | |
| 67. | A | Interest | | | Buy (add'l) | 11/19/20 | J | | |
| 68. Spdr Dj Global Real Estate ETF | A | Dividend | J | T | Buy (add'l) | 04/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briones, Brian P.** | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard FTSE Dev Mkts ETF | A | Dividend | K | T | Buy (add'l) | 04/07/20 | J | | |
| 70. | | | | | Sold (part) | 11/19/20 | J | | |
| 71. Vanguard Value ETF | A | Dividend | K | T | Buy (add'l) | 04/07/20 | J | | |
| 72. Vanguard Large Cap ETF | A | Dividend | J | T | Sold (part) | 04/07/20 | J | A | |
| 73. | A | Interest | | | Sold (part) | 11/19/20 | J | A | |
| 74. Vanguard Small Value ETF | A | Dividend | J | T | Buy (add'l) | 04/07/20 | J | | |
| 75. | | | | | Sold (part) | 05/29/20 | J | A | |
| 76. | | | | | Sold (part) | 11/19/20 | J | A | |
| 77. Vanguard Growth ETF | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 78. | | | | | Sold (part) | 11/19/20 | J | A | |
| 79. American Capital World Bond F3 | A | Dividend | J | T | Sold (part) | 04/07/20 | J | A | |
| 80. | | | | | Sold (part) | 01/29/20 | J | A | |
| 81. Bridge Builder Core Plus Bond | A | Dividend | K | T | Buy (add'l) | 01/02/20 | J | | |
| 82. | A | Dividend | | | Buy (add'l) | 02/03/20 | J | | |
| 83. | A | Dividend | | | Buy (add'l) | 03/02/20 | J | | |
| 84. | A | Dividend | | | Buy (add'l) | 04/01/20 | J | | |
| 85. | | | J | T | Sold (part) | 04/07/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Dividend | | | Buy (add'l) | 04/13/20 | J | | |
| 87. | A | Dividend | | | Buy (add'l) | 05/01/20 | J | | |
| 88. | A | Dividend | | | Buy (add'l) | 05/12/20 | J | | |
| 89. | A | Dividend | | | Buy (add'l) | 06/01/20 | J | | |
| 90. | A | Dividend | | | Buy (add'l) | 07/06/20 | J | | |
| 91. | A | Dividend | | | Buy (add'l) | 07/01/20 | J | | |
| 92. | A | Dividend | | | Buy (add'l) | 08/03/20 | J | | |
| 93. | A | Dividend | | | Buy (add'l) | 08/12/20 | J | | |
| 94. | A | Dividend | | | Buy (add'l) | 09/01/20 | J | | |
| 95. | A | Dividend | | | Buy (add'l) | 09/30/20 | J | | |
| 96. | A | Dividend | | | Buy (add'l) | 10/01/20 | J | | |
| 97. | A | Dividend | | | Buy (add'l) | 10/06/20 | J | | |
| 98. | A | Dividend | | | Buy (add'l) | 11/02/20 | J | | |
| 99. | A | Dividend | | | Buy (add'l) | 11/12/20 | J | | |
| 100. | A | Dividend | | | Buy (add'l) | 11/19/20 | J | | |
| 101. | A | Dividend | | | Buy (add'l) | 12/11/20 | J | | |
| 102. | A | Dividend | | | Buy (add'l) | 12/14/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | A | Dividend | | | Buy (add'l) | 12/31/20 | J | | |
| 104. Bridge Builder INTL Equity | A | Dividend | K | T | Buy (add'l) | 04/07/20 | J | | |
| 105. | A | | | | Sold (part) | 05/29/20 | J | A | |
| 106. | A | Dividend | | | Buy (add'l) | 12/29/20 | J | | |
| 107. Bridge Builder Large Growth | A | Dividend | K | T | Sold (part) | 04/07/20 | J | A | |
| 108. | A | Dividend | | | Sold (part) | 11/19/20 | J | A | |
| 109. | A | Dividend | | | Buy (add'l) | 12/14/20 | J | | |
| 110. | A | Dividend | | | Buy (add'l) | 12/29/20 | J | | |
| 111. Bridge Builder Large Value | A | Dividend | K | T | Buy (add'l) | 01/03/20 | J | | |
| 112. | A | Dividend | | | Buy (add'l) | 03/31/20 | J | | |
| 113. | A | Dividend | | | Buy (add'l) | 04/01/20 | J | | |
| 114. | A | Dividend | | | Buy (add'l) | 04/07/20 | J | | |
| 115. | A | Dividend | | | Buy (add'l) | 07/01/20 | J | | |
| 116. | A | Dividend | | | Buy (add'l) | 10/01/20 | J | | |
| 117. | | | | | Sold (part) | 11/19/20 | J | A | |
| 118. Bridge Builder Small/Mid Grw | A | Dividend | K | T | Sold (part) | 11/19/20 | J | A | |
| 119. | A | Dividend | | | Buy (add'l) | 12/14/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | A | Dividend | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 121. Bridge Builder Small/Mid Value | A | Dividend | J | T | Buy<br>(add'l) | 04/07/20 | J | | |
| 122. | | | | | Sold<br>(part) | 11/19/20 | J | A | |
| 123. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 124. Delaware Emerging Markets I | A | Dividend | J | T | Buy<br>(add'l) | 04/08/20 | J | | |
| 125. | | | | | Sold<br>(part) | 11/19/20 | J | A | |
| 126. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 127. Federated Instl High Yield R6 | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 128. | A | Dividend | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 129. | A | Dividend | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 130. | A | Dividend | | | Buy<br>(add'l) | 08/03/20 | J | | |
| 131. | A | Dividend | | | Buy<br>(add'l) | 09/01/20 | J | | |
| 132. | A | Dividend | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 133. | A | Dividend | | | Buy<br>(add'l) | 11/02/20 | J | | |
| 134. | A | Distribution | | | Buy<br>(add'l) | 11/19/20 | J | | |
| 135. Goldman Fs Goverment I | A | Dividend | J | T | Buy<br>(add'l) | 01/02/20 | J | | |
| 136. | A | Dividend | | | Buy<br>(add'l) | 01/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 01/08/20 | J | A | |
| 138. | A | Dividend | | | Buy (add'l) | 02/03/20 | J | | |
| 139. | | | | | Sold (part) | 02/06/20 | J | A | |
| 140. | A | Dividend | | | Buy (add'l) | 02/12/20 | J | | |
| 141. | A | Dividend | | | Buy (add'l) | 03/02/20 | J | | |
| 142. | | | | | Sold (part) | 03/06/20 | J | A | |
| 143. | A | Dividend | | | Buy (add'l) | 04/01/20 | J | | |
| 144. | A | Dividend | | | Buy (add'l) | 04/07/20 | J | | |
| 145. | | | | | Sold (part) | 04/09/20 | J | A | |
| 146. | A | Dividend | | | Buy (add'l) | 05/01/20 | J | | |
| 147. | | | | | Sold (part) | 05/07/20 | J | A | |
| 148. | | | | | Sold (part) | 05/29/20 | J | A | |
| 149. | A | Dividend | | | Buy (add'l) | 05/29/20 | J | | |
| 150. | A | Dividend | | | Buy (add'l) | 06/01/20 | J | | |
| 151. | | | | | Sold (part) | 06/05/20 | J | A | |
| 152. | A | Dividend | | | Buy (add'l) | 07/01/20 | J | | |
| 153. | | | | | Sold (part) | 07/08/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | A | Dividend | | | Buy (add'l) | 08/03/20 | J | | |
| 155. | | | | | Sold (part) | 08/06/20 | J | A | |
| 156. | A | Dividend | | | Buy (add'l) | 09/01/20 | J | | |
| 157. | | | | | Sold (part) | 09/04/20 | J | A | |
| 158. | A | Dividend | | | Buy (add'l) | 10/01/20 | J | | |
| 159. | | | | | Sold (part) | 10/07/20 | J | A | |
| 160. | A | Dividend | | | Buy (add'l) | 11/02/20 | J | | |
| 161. | | | | | Sold (part) | 11/05/20 | J | A | |
| 162. | | | | | Sold (part) | 11/19/20 | J | A | |
| 163. | A | Dividend | | | Buy (add'l) | 11/19/20 | J | | |
| 164. | | | | | Sold (part) | 12/07/20 | J | A | |
| 165. Invesco Comstock A | A | Dividend | J | T | Buy (add'l) | 03/20/20 | J | | |
| 166. | A | Dividend | | | Buy (add'l) | 06/19/20 | J | | |
| 167. | | | | | Sold (part) | 09/04/20 | J | A | |
| 168. | A | Dividend | | | Buy (add'l) | 09/18/20 | J | | |
| 169. | A | Dividend | | | Buy (add'l) | 12/14/20 | J | | |
| 170. Invesco Equity and Income A | A | Dividend | J | T | Buy (add'l) | 01/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | A | Dividend | | | Buy<br>(add'l) | 02/26/20 | J | | |
| 172. | A | Dividend | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 173. | A | Dividend | | | Buy<br>(add'l) | 04/28/20 | J | | |
| 174. | A | Dividend | | | Buy<br>(add'l) | 05/27/20 | J | | |
| 175. | A | Dividend | | | Buy<br>(add'l) | 06/19/20 | J | | |
| 176. | A | Dividend | | | Buy<br>(add'l) | 07/28/20 | J | | |
| 177. | A | Dividend | | | Buy<br>(add'l) | 08/26/20 | J | | |
| 178. | | | | | Sold<br>(part) | 09/04/20 | J | A | |
| 179. | A | Dividend | | | Buy<br>(add'l) | 09/18/20 | J | | |
| 180. | A | Dividend | | | Buy<br>(add'l) | 09/28/20 | J | | |
| 181. | A | Dividend | | | Buy<br>(add'l) | 10/27/20 | J | | |
| 182. | A | Dividend | | | Buy<br>(add'l) | 11/27/20 | J | | |
| 183. | A | Dividend | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 184. | A | Dividend | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 185.  Invesco Growth and Income A | A | Dividend | J | T | Buy<br>(add'l) | 03/20/20 | J | | |
| 186. | A | Dividend | | | Buy<br>(add'l) | 06/19/20 | J | | |
| 187. | A | Dividend | | | Buy<br>(add'l) | 09/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | A | Dividend | | | Buy (add'l) | 12/14/20 | J | | |
| 189. Investco Op Developing Mkts R6 | A | Dividend | J | T | Buy (add'l) | 04/07/20 | J | | |
| 190. | | | | | Sold (part) | 05/29/20 | J | | |
| 191. Invesco Value Opportunities A | A | Dividend | J | T | Buy | 12/16/20 | J | | |
| 192. Oakmark International I | A | Dividend | J | T | Buy | 05/29/20 | J | | |
| 193. | | | | | Sold (part) | 11/19/20 | J | A | |
| 194. | A | Dividend | | | Buy (add'l) | 12/11/20 | J | | |
| 195. TCW Emerging Markets Income | A | Dividend | J | T | Buy | 04/02/20 | J | | |
| 196. | | | | | Sold (part) | 04/07/20 | J | A | |
| 197. | A | Dividend | | | Buy (add'l) | 05/01/20 | J | | |
| 198. | A | Dividend | | | Buy (add'l) | 06/01/20 | J | | |
| 199. | A | Dividend | | | Buy (add'l) | 07/01/20 | J | | |
| 200. | A | Dividend | | | Buy (add'l) | 08/03/20 | J | | |
| 201. | A | Dividend | | | Buy (add'l) | 09/01/20 | J | | |
| 202. TCW Emerging Mkts Income Plan | A | Dividend | J | T | Spinoff (from line 195) | 09/14/20 | J | | |
| 203. | A | Dividend | | | Buy (add'l) | 10/01/20 | J | | |
| 204. | A | Dividend | | | Buy (add'l) | 11/03/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | A | Dividend | | | Buy (add'l) | 11/19/20 | J | | |
| 206. | A | Dividend | | | Buy (add'l) | 12/01/20 | J | | |
| 207. | A | Dividend | | | Buy (add'l) | 12/30/20 | J | | |
| 208. Trp High Yield Bond I | A | Dividend | J | T | Buy (add'l) | 01/02/20 | J | | |
| 209. | A | Dividend | | | Buy (add'l) | 02/03/20 | J | | |
| 210. | A | Dividend | | | Buy (add'l) | 03/02/20 | J | | |
| 211. | A | Dividend | | | Buy (add'l) | 04/01/20 | J | | |
| 212. | | | | | Sold (part) | 04/07/20 | J | A | |
| 213. | A | Dividend | | | Buy (add'l) | 05/01/20 | J | | |
| 214. | A | Dividend | | | Buy (add'l) | 06/01/20 | J | | |
| 215. | A | Dividend | | | Buy (add'l) | 07/01/20 | J | | |
| 216. | A | Dividend | | | Buy (add'l) | 08/03/20 | J | | |
| 217. | A | Dividend | | | Buy (add'l) | 09/01/20 | J | | |
| 218. | A | Dividend | | | Buy (add'l) | 10/01/20 | J | | |
| 219. | A | Dividend | | | Buy (add'l) | 11/02/20 | J | | |
| 220. | A | Dividend | | | Buy (add'l) | 11/19/20 | J | | |
| 221. Money Market Investment Shares - Edward Jones | A | Interest | J | T | Buy (add'l) | 01/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  Carrier Global Corp. | A | Dividend | J | T | Buy<br>(add'l) | 07/20/20 | J | | |
| 223. | | | | | Buy<br>(add'l) | 11/23/20 | J | | |
| 224. | | | | | | | | | |
| 225. | | | | | | | | | |
| 226. | | | | | | | | | |
| 227. | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |
| 230. | | | | | | | | | |
| 231. | | | | | | | | | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. | | | | | | | | | |
| 235. | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |
| 238. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | | | | | |
| 240. | | | | | | | | | |
| 241. | | | | | | | | | |
| 242. | | | | | | | | | |
| 243. | | | | | | | | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |
| 248. | | | | | | | | | |
| 249. | | | | | | | | | |
| 250. | | | | | | | | | |
| 251. | | | | | | | | | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |
| 255. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,600 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briones, Brian P. | 05/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | | | | | |
| 257. | | | | | | | | | |
| 258. | | | | | | | | | |
| 259. | | | | | | | | | |
| 260. | | | | | | | | | |
| 261. | | | | | | | | | |
| 262. | | | | | | | | | |
| 263. | | | | | | | | | |
| 264. | | | | | | | | | |
| 265. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briones, Brian P.** | 05/28/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All additional purchases listed on Section VII D. 1. resulted from dividend reinvestment which took place quarterly throughout the year. Therefore, I did not specify an acquisition date for each quarterly dividend reinvestments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian P. Briones**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544